UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

C.A. NO.

03 DEC 19 A 9:15

U.S. DISTRICT COURT
DISTRICT OF MASS

SHARI LITTLEWOOD,

    Plaintiff,

v.

MICHAEL J. RACICOT, and TOWN OF ORANGE,

    Defendants.

NOTICE OF APPEARANCE

03 - 30309 - MAP

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the Defendants Michael J. Racicot and the Town of Orange in the above-referenced matter.

DEFENDANTS, TOWN OF ORANGE
and MICHAEL J. RACICOT,

By their attorneys,

Joseph L. Tehan, Jr. (BBO# 494020)
Gregg J. Corbo (BBO # 641459)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

209444/METR/0516

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 12/19/03