UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SHARI LITTLEWOOD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. RACICOT, and TOWN OF ORANGE,<br><br>Defendants. | CIVIL ACTION NO.<br><br>03-30309-MAP |

### DEFENDANTS' MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING

Now come the defendants Michael J. Racicot and the Town of Orange, and hereby move that this Honorable Court enlarge the period for answering or otherwise responding to the Complaint for a period of thirty (30) days to January 19, 2004.

As grounds therefor, the defendants present the following Statement of Reasons.

### STATEMENT OF REASONS

1. The Complaint was served upon the City on or about November 19, 2003, and pursuant to Fed. R. Civ. P. Rule 12(a)(1)(A), a responsive pleading was due on or about December 9, 2003.

2. Upon acceptance of service, a copy of the Complaint was forwarded to the Town's insurer for a determination of coverage

3. The Town's insurer accepted coverage and forwarded a copy of the Complaint to Kopelman and Paige, P.C. to provide the defense of the case.

4.  Without delay, counsel removed the case to this Court and began evaluating the claims set forth in the complaint.

5.  Additional time is necessary to enable counsel to formulate a reasoned response to the complex civil rights claims raised in the Complaint, to confer with the defendants as to the factual allegations contained therein.

6.  No party will be prejudiced by the allowance of the within Motion.

WHEREFORE, the defendants respectfully request that this Honorable Court extend the time for filing a responsive pleading thirty (30) days to January 19, 2004.

DEFENDANTS

By their attorneys,

Joseph L. Tehan, Jr. (BBO# 494020)
Gregg J. Corbo (BBO# 641459)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

209390/60700/0516

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 12/19/03