UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

CIVIL ACTION NO. 03 DEC 19 A 5: 19

U.S. DISTRICT COURT
DISTRICT OF MASS

SHARI LITTLEWOOD,

Plaintiff,

v.

MICHAEL J. RACICOT, and TOWN OF ORANGE,

Defendants.

03-30309-MAP

LOCAL RULE 7.1(A)(2)
CERTIFICATE OF CONFERRAL

Now comes the undersigned defense counsel, and hereby certifies that on December 15, 2003, I attempted to confer with plaintiff's counsel via telephone in a good faith effort to resolve or narrow the issues set forth in Defendants' Motion to Extend Time for Filing Responsive Pleading, by leaving a detailed voice message. The call was not returned prior to the filing of said Motion.

DEFENDANTS
By their attorney,

Joseph L. Tehan, Jr. (BBO# 494020)
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

209394/60700/0516

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 12/19/03