COMMONWEALTH OF MASSACHUSETTS

FRANKLIN, SS                                    SUPERIOR COURT DEPT.
                                                C.A. NO. 2003-00088

SHARI LITTLEWOOD,

    Plaintiff,

v.

MICHAEL J. RACICOT, and TOWN OF ORANGE,

    Defendants.

*03 DEC 19 PM 12:45 FRANKLIN SUPERIOR COURT FILED*

WRITTEN NOTICE OF REMOVAL TO FEDERAL COURT
PURSUANT TO 28 U.S.C. §1446(d)

TO:    Shari Littlewood

        Through her attorney,
        Caroline Carrithers, Esq.
        17 South St.
        Ashfield, MA 01330

AND:  Clerk, Civil
        Franklin Superior Court
        Courthouse
        425 Main St.
        P.O. Box 1573
        Greenfield, MA 01302

Please take notice that a Notice of Removal of the above-captioned action from the Superior Court of the Commonwealth of Massachusetts, Franklin County, to the United States District Court for the District of Massachusetts (a copy of which Notice of

A TRUE COPY ATTEST
*[signature]* Doris M. Doyle
CLERK

Removal is annexed hereto) was duly filed in the United States District Court for the District of Massachusetts.

Please take further notice that this Notice and a copy of the Notice of Removal, certified by the United States District Court for the District of Massachusetts, has been duly filed with the Clerk of the Superior Court of the Commonwealth of Massachusetts, Franklin County, which filing removes this action and, in accordance with 28 U.S.C. §1446(d), the Superior Court shall proceed no further herein unless and until this case is remanded by the United States District Court.

> DEFENDANTS, TOWN OF ORANGE
> and MICHAEL J. RACICOT,
>
> By their attorneys,
>
> _____
> Joseph L. Tehan, Jr. (BBO# 494020)
> Gregg J. Corbo (BBO # 641459)
> Kopelman and Paige, P.C.
> 31 St. James Avenue
> Boston, MA 02116
> (617) 556-0007

209448/METR /0516

## CERTIFICATE OF SERVICE

I, Gregg J. Corbo, Esq., hereby certify that on the below date, I served a copy of the foregoing Written Notice of Removal, by first class mail, postage prepaid, to the following counsel of record:

>Caroline Carrithers, Esq.
>17 South St.
>Ashfield, MA 01330

Dated: 12/19/03

_____
Gregg J. Corbo, Esq.

209448/METR/0516

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.

SHARI LITTLEWOOD,

Plaintiff,

v.

MICHAEL J. RACICOT, and TOWN OF ORANGE,

Defendants.

NOTICE OF REMOVAL

03 - 30309 - MAP

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Now come the defendants, Michael J. Racicot, and Town of Orange, pursuant to the provisions of 28 U.S.C. §§1441 and 1446, and hereby file notice of the removal of this action from the Superior Court of the Commonwealth of Massachusetts, County of Franklin, where it is currently pending, based upon the following grounds:

1. This is an action in which the plaintiff alleges violations of rights secured by the United States Constitution, the First and Fourteenth Amendments, by defendant Racicot. See Complaint (Introduction, Count I), affixed hereto and incorporated by reference.

2. The plaintiff also raises state law claims against defendant Racicot, seeking recovery pursuant to G.L. c. 12, §11H, I, alleging violations of her rights under Massachusetts Constitution (Complaint, Count I).

3. The plaintiff also alleges state law claims against defendant Racicot for gender discrimination (Count II), defamation (Count III), intentional interference with contractual advantageous business relations (Count IV), and reckless and/or intentional infliction of

emotional distress (Count V), as well as state law claims against the Town pursuant to G.L. c. 258, §4 (Count V).

4. This Court has jurisdiction over the plaintiffs' constitutional claims pursuant to 28 U.S.C. §1331, and the entire case may be removed pursuant to 28 U.S.C. §1441.

5. This Removal is timely, as this action was served on the defendant on November 19, 2003.

Signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

DEFENDANTS, TOWN OF ORANGE
and MICHAEL J. RACICOT,

By their attorneys,

Joseph L. Tehan, Jr. (BBO# 494020)
Gregg J. Corbo (BBO # 641459)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

209436/METR/0516

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 12/19/03

2