UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-30306-MAP

SHARI LITTLEWOOD,

    Plaintiff

v.

MICHAEL J. RACICOT, and THE TOWN OF ORANGE,

    Defendants

LOCAL RULE 16.1(D) JOINT SCHEDULING STATEMENT

Now come the parties in the above-referenced action and hereby submit the following Joint Statement pursuant to Local Rule 16.1(D):

1. <u>NATURE OF ACTION</u>

Plaintiff Shari Littlewood has instituted this action against the defendants Town of Orange and its former Town Administrator, Michael J. Racicot, alleging various tort and civil rights claims arising out of her suspension from the position of Board of Assessors' Clerk in October, 2000. The plaintiff claims that the suspension was in retaliation for the exercise of her First Amendment Rights and was motivated by gender discrimination. The defendants deny any wrongdoing.

2. <u>PROPOSED DISCOVERY PLAN</u>

The parties propose the following discovery plan:

   a. The parties shall comply with Fed. R. Civ. P. 26(a)(1)(A) and (B), by providing the names and addresses of individuals likely to have discoverable information relevant to the instant litigation. Likewise, plaintiff shall provide all information required pursuant to F.R.Civ.P. 26(a)(1)(C).

   b. Written Discovery will be completed by August 31, 2004.

   c. Depositions of Fact Witnesses will be completed by October 15, 2004.

   d. Plaintiff's Expert Witnesses will be identified by October 15, 2004.

   e. Defendants' Expert Witnesses will be identified by November 15, 2004.

  f. Depositions of Expert Witnesses will be completed by December 15, 2004.

3. MOTION SCHEDULE

All dispositive motions will be served no later than January 31, 2005, but may be filed at any time previous thereto. Discovery motions, to the extent that they are necessary, will be filed prior to the close of discovery. Trial motions are to be served not less than seven (7) days prior to trial, except for good cause.

4. TRIAL BY MAGISTRATE JUDGE

The parties do not consent to a trial before a magistrate judge.

5. LOCAL RULE 16.1 CERIFICATIONS

Counsels have conferred with their clients concerning a budget for the cost of the litigation and the possible resolution of the litigation through alternative dispute resolution. Written certifications have been or will be filed separately.

| DEFENDANTS, | PLAINTIFF, |
|---|---|
| By their attorneys, | By her attorney, |
| *[signature]* | *[signature]* (CJC) |
| Joseph L. Tehan, Jr. (BBO #494020) | Caroline Carrithers (BBO# 643247) |
| Gregg J. Corbo (BBO #641459) | 17 South Street |
| Kopelman and Paige, P.C. | Ashfield, MA 01330 |
| 31 St. James Avenue | (413) 628-4058 |
| Boston, MA 02116 | |
| (617) 556-0007 | |

214342/60700/0516