UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-30309-MAP

SHARI LITTLEWOOD,

    Plaintiff,

v.

MICHAEL J. RACICOT, Former Town
Administrator for the TOWN OF ORANGE
and THE TOWN OF ORANGE,

    Defendants

DEFENDANT MICHAEL J.
RACICOT'S L.R. 16.1(D)(3)
CERTIFICATE

Now comes defendant Michael J. Racicot and the undersigned counsel and hereby affirm that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Michael J. Racicot

COUNSEL TO DEFENDANT
MICHAEL J. RACICOT,

_____
Joseph L. Tehan, Jr.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

215016/METG/0516