UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-30309-MAP

SHARI LITTLEWOOD,

    Plaintiff,

v.

MICHAEL J. RACICOT, Former Town Administrator for the TOWN OF ORANGE and THE TOWN OF ORANGE,

    Defendants

DEFENDANT TOWN OF ORANGE'S L.R. 16.1(D)(3) CERTIFICATE

Now comes defendant Town of Orange, through its authorized representative and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Richard T. Kwiatkowski
Town Administrator
Town of Orange

COUNSEL TO DEFENDANT
TOWN OF ORANGE,

_____
Joseph L. Tehan, Jr.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

214996/METG/0516