UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION
CIVIL ACTION
No.: 03-30306-MAP

|  |  |
|---|---|
| SHARI LITTLEWOOD, <br> Plaintiff | ) <br> ) <br> ) |
| v. | ) <br> ) |
| MICHAEL J. RACICOT, former Town Administrator for the Town of Orange, and | ) <br> ) <br> ) <br> ) |
| THE TOWN OF ORANGE, <br> Defendants | ) <br> ) <br> ) |

## PLAINTIFF'S L.R. 16.1 (D) (3) CERTIFICATE

I, Shari Littlewood, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of this litigation. In addition, I have conferred regarding resolution of this case through alternative dispute resolution.

DATED: 2/26/04

_____
Shari Littlewood

I, Caroline Carrithers, hereby certify that I have complied with the requirements of L.R. 16.1 (D) (3).

_____
Caroline Carrithers
BBO# 643247
17 South Street
Ashfield, Massachusetts 01330
413 628-4058

DATED: February 24, 2004                                  Respectfully submitted,
                                                          The Plaintiff
                                                          By Her Attorney,

                                                          *[signature]*

                                                          Caroline Carrithers
                                                          BBO# 643247
                                                          17 South Street
                                                          Ashfield, MA 01330
                                                          413 628-4058

### CERTIFICATE OF SERVICE

This will certify that I served this document upon Joseph L. Tehan, Jr. and Gregg J. Corbo, counsel for the defendants, at Kopelman and Paige, P.C., 31 St. James Avenue, Boston, Massachusetts 02116, by hand on March 4, 2004.