UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARI LITTLEWOOD,<br>             Plaintiff<br><br>     v.<br><br><br>MICHAEL J. RACICOT, former Town<br>Administrator for the Town of Orange,<br>and THE TOWN OF ORANGE,<br>             Defendants | )<br>)<br>)<br>)<br>)  Civil Action No. 03-30309-MAP<br>)<br>)<br>)<br>)<br>)<br>) |

SCHEDULING ORDER
March 4, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. All written discovery shall be completed by August 31, 2004.

2. Non-expert depositions shall be completed by October 15, 2004.

3. Counsel shall appear for a case management conference on October 21, 2004, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

  /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge