UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARI LITTLEWOOD,<br>        Plaintiff<br><br>v.<br><br>MICHAEL J. RACICOT, former Town Administrator for the Town of Orange, and THE TOWN OF ORANGE,<br>        Defendants | Civil Action No. 03-30309-MAP |

SCHEDULING ORDER
October 21, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. The parties shall inform the court in writing by December 17, 2004, whether the case has been settled.

2. Defendants shall file their motion for summary judgment by January 31, 2005, or inform the court in writing by that date that no such motion will be filed.

3. Plaintiff shall file her opposition to Defendants' motion, if any, by February 18, 2005, to which Defendants may reply by February 25, 2005.

4. If no motion for summary judgment is filed, counsel shall appear for a final pretrial conference on February 24, 2005, at 2:30 p.m. in Courtroom One.

      Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

  IT IS SO ORDERED.

DATED: October 21, 2004

                                            /s/ Kenneth P. Neiman  
                                            KENNETH P. NEIMAN  
                                            U.S. Magistrate Judge