| | | |
|---|---|---|
| LEONARD KOPELMAN<br>DONALD G. PAIGE<br>ELIZABETH A. LANE<br>JOYCE FRANK<br>JOHN W. GIORGIO<br>BARBARA J. SAINT ANDRE<br>JOEL B. BARD<br>JOSEPH L. TEHAN, JR.<br>THERESA M. DOWDY<br>DEBORAH A. ELIASON<br>RICHARD BOWEN<br>DAVID J. DONESKI<br>JUDITH C. CUTLER<br>KATHLEEN E. CONNOLLY<br>DAVID C. JENKINS<br>MARK R. REICH<br>BRIAN W. RILEY<br>DARREN R. KLEIN<br>JONATHAN M. SILVERSTEIN<br>ANNE-MARIE HYLAND<br>JASON R. TALERMAN<br>GEORGE X. PUCCI<br><br>EDWARD M. REILLY<br>DIRECTOR WESTERN OFFICE | **KOPELMAN AND PAIGE, P. C.**<br>ATTORNEYS AT LAW<br>31 ST. JAMES AVENUE<br>BOSTON, MASSACHUSETTS 02116-4102<br>(617) 556-0007<br>FAX (617) 654-1735<br>PITTSFIELD OFFICE<br>(413) 443-6100<br>NORTHAMPTON OFFICE<br>(413) 585-8632<br>WORCESTER OFFICE<br>(508) 752-0203 | WILLIAM HEWIG III<br>JEANNE S. McKNIGHT<br>KATHLEEN M. O'DONNELL<br>PATRICIA A. CANTOR<br>THOMAS P. LANE, JR.<br>MARY L. GIORGIO<br>THOMAS W. McENANEY<br>KATHARINE GOREE DOYLE<br>LAUREN F. GOLDBERG<br>JEFFREY A. HONIG<br>MICHELE E. RANDAZZO<br>GREGG J. COREO<br>RICHARD T. HOLLAND<br>ELIZABETH R. COREO<br>MARIA C. ROTA<br>VICKI S. MARSH<br>JOHN J. GOLDROSEN<br>SHIRIN EVERETT<br>BRIAN E. GLENNON, II<br>JONATHAN D. EICHMAN<br>JOSEPH S. FAIR<br>LAURA H. PAWLE<br>CAROLYN M. MURRAY<br>JACKIE COWIN<br>SARAH N. TURNER<br>JEFFREY T. BLAKE<br>R. ERIC BLAGLIE |

December 15, 2004

<u>BY FACSIMILE (413) 785-0204</u>
<u>AND BY FIRST-CLASS MAIL</u>

Clerk, Civil
United States District Court
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

Re:   <u>Shari Littlewood v. Michael J. Racicot, et al. (Town of Orange)</u>
      <u>United States District Court, C.A. No. 03-30309-MAP</u>

Dear Sir/Madam:

In response to Magistrate Judge Neiman's Order of October 21, 2004, that the parties inform the Court whether settlement has been reached in the above-captioned case, please be advised that settlement has <u>not</u> been reached and, further, that the defendants, Michael J. Racicot, et al., respectfully intend to move for Summary Judgment. A deadline of January 31, 2004, has been set for said motion.

Thank you for your attention to this matter.

Very truly yours,

Jackie Cowin

JC/cmt
cc:   Board of Selectmen
      Michael J. Racicot
      Gerard Hosman (GFMS 182985)
      Caroline Carrithers, Esq.

238775/METG/0516

PRINTED ON RECYCLED PAPER