UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-30309-MAP

| | |
|---|---|
| SHARI LITTLEWOOD,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL J. RACICOT, Former Town Administrator for the TOWN OF ORANGE and THE TOWN OF ORANGE,<br><br>    Defendants | CERTIFICATE OF COMPLIANCE<br>WITH LOCAL RULE 7.1(A)(2) |

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, the undersigned hereby certifies that she conferred regarding Defendants' Motion for Summary Judgment with plaintiff's counsel by leaving a voice mail message and sending a facsimile regarding same. No response was received.

DEFENDANTS

By their attorneys,

/s/Jackie Cowin
Joseph L. Tehan (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

242197/METG/0516