UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-30309-MAP

SHARI LITTLEWOOD,

     Plaintiff,

v.

MICHAEL J. RACICOT, Former Town
Administrator for the TOWN OF ORANGE
and THE TOWN OF ORANGE,

     Defendants

DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT

Now come the defendants, Michael J. Racicot and Town of Orange, and hereby move,

pursuant to Fed.R.Civ.P. 56(b), for summary judgment on all counts set forth in the Complaint.

As grounds therefor, defendants states that there exists no genuine issue as to any

material fact, and that they are entitled to judgment in their favor as a matter of law. As further

grounds therefor, defendants rely on the attached Local Rule 56.1 Statement of Material facts of

Record as to which There is No Genuine Issue to be Tried, with exhibits thereto, and the attached

supporting memorandum of law.

WHEREFORE, the defendants, Michael J. Racicot and Town of Orange, respectfully

request that this Court enter judgment in its favor on all claims set forth in the Complaint.

DEFENDANTS,

By their attorneys,

/s/Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

242199/METG/0516