UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
No. : 03-30309-MAP

|  |  |
|---|---|
| SHARI LITTLEWOOD, | ) |
| Plaintiff | ) |
| v. | ) |
| MICHAEL J. RACICOT, former Town Administrator for the Town of Orange, and | ) |
| THE TOWN OF ORANGE, | ) |
| Defendants | ) |

PLAINTIFF'S EMERGENCY MOTION TO EXTEND THE TIME TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BY THREE DAYS.

The plaintiff respectfully requests the court to allow her motion to extend the time to oppose defendants' motion for summary judgment for the following reasons. Counsel for the plaintiff requires forty to fifty hours to write the memorandum opposing a motion for summary judgment. Carrithers Aff, ¶ 5. Preparing the exhibits requires another twelve hours. Carrithers Aff, ¶ 6. Plaintiff's counsel had only eighteen days in which to complete the opposition. Carrithers Aff, ¶ 4. She has an action practice defending against Care and Protection filed by the state which requires her to appear in court two to three days per week. Carrithers Aff, ¶ 3. She tried to budget enough hours to complete the opposition on time, but because she had to be in court in Pittsfield on February 18, ended up short. Carrithers Aff, ¶ 7. She filed the Memorandum in Support of the Plaintiff's Opposition to the Defendants' Motion for Summary Judgment at 5:30 A.M. on February 19, 2005, only five and one half hours after the deadline.

Approved

Carrithers Aff, ¶ 8. Therefore, if the defendants wanted to access the plaintiff's opposition on Saturday, February 19, 2005, it was available. Thus, allowing the plaintiff's motion does not prejudice the defendants at all. Even if they chose to work during a three day weekend (February 19-21), they had available the plaintiff's memorandum opposing their motion. In contrast, denying the plaintiff's motion would be extremely prejudicial to the plaintiff. For these reasons the plaintiff respectfully requests the court to allow her motion.

DATED: February 21, 2005

Respectfully submitted,
The Plaintiff
By Her Attorney


Caroline Carrithers
93 Intervale Road
Orange, Massachusetts 01364
978 544-2574
BBO #643247

Approved