UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
No. : 03-30309-MAP

SHARI LITTLEWOOD, )
          Plaintiff )
)
v. )
)
MICHAEL J. RACICOT, former )
Town Administrator for the Town )
of Orange, and )
)
THE TOWN OF ORANGE, )
          Defendants )

## CARRITHERS' AFFIDAVIT

I, Caroline Carrithers, under the pains and penalties of perjury, do hereby state:

1. I am counsel for the plaintiff in the above-captioned case.

2. I am a solo practitioner. I have no one working for me.

3. I have an active practice opposing Care and Protection Petition filed by the state which requires me to appear in court two to three days per week.

4. I was ordered by the court to reply to the defendants' motion for summary judgment within eighteen days of the date they filed it, i.e., on February 18, 2005.

5. I need approximately forty to fifty hours to write the memorandum opposing a motion for summary judgment.

6. In addition, I discovered that scanning the exhibits into my computer and then converting them to a file used by the court required another twelve hours.

7. I tried to budge enough hours to complete the opposition on time, but because I had to be in court in Pittsfield on February 18, I ended up short.

8. I submitted the opposition at 5:30 A.M. on the morning of February 19, 2005.

9.   Because of the difficulty I experienced scanning and translating my exhibits, I did not submit them until February 21, 2005.

DATED: February 21, 2005                Signed under pain and penalty of perjury,


                                        Caroline Carrithers
                                        93 Intervale Road
                                        Orange, Massachusetts 01364
                                        978 544-2574
                                        BBO #643247

Approved