UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
No. : 03-30309-MAP

|  |  |
|---|---|
| SHARI LITTLEWOOD, | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| MICHAEL J. RACICOT, former | ) |
| Town Administrator for the Town | ) |
| of Orange, and | ) |
|  | ) |
| THE TOWN OF ORANGE, | ) |
| Defendants | ) |
|  | ) |

**CARRITHERS' AFFIDAVIT**

I, Caroline Carrithers, under the pains and penalties of perjury, do hereby state:

1. I am counsel for the plaintiff in the above-captioned case.

2. I am a solo practitioner. I have no one working for me.

3. I have an active practice opposing Care and Protection Petition filed by the state which requires me to appear in court two to three days per week.

4. I was ordered by the court to reply to the defendants' motion for summary judgment within eighteen days of the date they filed it, i.e., on February 18, 2005.

5. I need approximately forty to fifty hours to write the memorandum opposing a motion for summary judgment.

6. In addition, I discovered that scanning the exhibits into my computer and then converting them to a file used by the court required another twelve hours.

7. I tried to budge enough hours to complete the opposition on time, but because I had to be in court in Pittsfield on February 18, I ended up short.

8. I submitted the opposition at 5:30 A.M. on the morning of February 19, 2005.

Approved

9.  Because of the difficulty I experienced scanning and translating my exhibits, I did not submit them until February 21, 2005.

DATED: February 21, 2005                    Signed under pain and penalty of perjury,


                                            Caroline Carrithers
                                            93 Intervale Road
                                            Orange, Massachusetts 01364
                                            978 544-2574
                                            BBO #643247

Approved