UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
No. : 03-30309-MAP

|  |  |
|---|---|
| SHARI LITTLEWOOD, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. RACICOT, former Town Administrator for the Town of Orange, and | ) ) ) |
| | ) |
| THE TOWN OF ORANGE, | ) |
| Defendants | ) |

NOTICE OF CHANGE OF ADDRESS

Attorney Carrithers, counsel for the plaintiff in the above encaptioned case has changed her address to:

        Caroline Carrithers
        93 Intervale Road
        P.O. Box 239
        Orange, Massachusetts 01364

DATED: February 21, 2005        Respectfully submitted,
        The Plaintiff
        By Her Attorney


        Caroline Carrithers
        93 Intervale Road
        Orange, Massachusetts 01364
        978 544-2574
        BBO #643247

Approved