UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
No. : 03-30309-MAP

|  |  |
|---|---|
| SHARI LITTLEWOOD, )<br>      Plaintiff )<br> )<br>v. )<br> )<br>MICHAEL J. RACICOT, former )<br>Town Administrator for the Town )<br>of Orange, and )<br> )<br>THE TOWN OF ORANGE, )<br>      Defendants ) | |

PLAINTIFF'S AMENDMENT TO HER EMERGENCY MOTION TO EXTEND THE TIME
TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BY THREE DAYS.

  The plaintiff respectfully requests the court to allow her motion to amend her Emergency Motion to Extend the Time to Oppose Defendants' Motion for Summary Judgment by Three Days for the following reason. On February 21, 2005, when counsel for the plaintiff attempted to submit the exhibits which were to be appended to her memorandum opposing the defendants' motion, the program used by the court refused to accept the plaintiff's program encoding the exhibits, instead returning an error message. Counsel for the plaintiff has been unable to correct the error. She has requested the court to accept a hard copy of the exhibits in lieu of the computer copy. Therefore, the plaintiff is requesting the court to extend the time to submit the exhibits which are to be appended to her opposition to the defendants' motion for summary judgment until the court either accepts a hard copy of the exhibits or counsel for the plaintiff can locate and correct the error.

DATED: February 24, 2005                              Respectfully submitted,
                                                      The Plaintiff
                                                      By Her Attorney


                                                      Caroline Carrithers
                                                      93 Intervale Road
                                                      Orange, Massachusetts 01364
                                                      978 544-2574
                                                      BBO #643247

Approved