UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
No. : 03-30309-MAP

|  |  |
|---|---|
| SHARI LITTLEWOOD, | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| MICHAEL J. RACICOT, former Town Administrator for the Town of Orange, and | ) ) ) |
|  | ) |
| THE TOWN OF ORANGE, | ) |
| Defendants | ) |

PLAINTIFF'S EMERGENCY MOTION TO ALLOW HER TO SUBMIT A HARD COPY OF THE EXHIBITS APPENDED TO HER OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff respectfully requests the court to allow her motion to submit a hard copy of the exhibits appended to her opposition to the defendants' motion for summary judgment for the following reason. On February 21, 2005, when counsel for the plaintiff attempted to submit the exhibits which were to be appended to her memorandum opposing the defendants' motion, the program used by the court refused to accept the plaintiff's program encoding the exhibits, instead returning an error message. Counsel for the plaintiff has been unable to correct the error. Therefore, the plaintiff is requesting the court to allow her motion to submit a hard copy of the exhibits.

Approved

DATED: February 24, 2005                    Respectfully submitted,
                                            The Plaintiff
                                            By Her Attorney



                                            Caroline Carrithers
                                            93 Intervale Road
                                            Orange, Massachusetts 01364
                                            978 544-2574
                                            BBO #643247

Approved