**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**SHARI LITTLEWOOD**

                                                                        **CASE NO.  03-30309   MAP**

            **V.**

**MICHAEL RACICOT**

**NOTICE**

   PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION FOR SUMMARY JUDGMENT   on   4/13/05 AT 2:00 p.m.   before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.

3/9/05
      Date

**SARAH THORNTON**
**CLERK OF COURT**

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                                                   [kntchrgcnf.]
                                                                                                         [ntchrgcnf.]