UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. : 03-30309-MAP

| | |
|---|---|
| SHARI LITTLEWOOD,<br>        Plaintiff<br><br>v.<br><br>MICHAEL J. RACICOT, former<br>Town Administrator for the Town<br>of Orange, and<br><br>THE TOWN OF ORANGE,<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

Counsel for the plaintiff, Caroline Carrithers, has changed her address to:

    Attorney Caroline Carrithers
    93 Intervale Road
    P.O. Box 239
    Orange, Massachusetts 01364

DATED: May 2, 2005

Respectfully submitted,
The Plaintiff
By her attorney

_____
Caroline Carrithers
93 Intervale Road
Orange, Massachusetts 01364
978 544-2574
BBO # 643247

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing Notice of taking Deposition was served upon Joseph L. Tehan, Jr., Esq., Kopelman and Paige, P.C., 31 St. James Avenue Boston, Massachusetts 02116 by first class mail, postage prepaid, on May 3, 2005September 22, 2004