UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


SHARI LITTLEWOODI,
       Plaintiff(s)

v.                     CIVIL ACTION:  03-30309-MAP

MICHAEL J. RACICOT, ET AL
       Defendant(s)


## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

    JUDGMENT OF DISMISSAL entered pursuant to the Memorandum and Order of the Court entered this date granting the Defendants' motion for Summary Judgment as to Count I. Counts II and V being dismissed with the agreement of the Plaintiff's counsel and all remaining claims ordered  dismissed without prejudice to re-filing in State Court.

                                SARAH A. THORNTON,
                                CLERK OF COURT

Dated: August 30,  2005            By   /s/ Mary Finn
                                Deputy Clerk

(Judgment Civil.wpd - 11/98)                                      [jgm.]